**Order entered November 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01224-CV

**LAKEPOINTE PHARMACY #2, ET AL., Appellants**

**V.**

**FORNEY DEERVAL, LLC, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90632-422**

## ORDER

Before the Court is the November 15, 2019 second request of Donna Gehl, Official Court Reporter for the 422nd Judicial District Court, for a forty-five day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed by **December 18, 2019**. *See* TEX. R. APP. P. 35.3(c). We caution Ms. Gehl that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE